FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 1 1 2023

KEVIN P. WEIMER, Clerk
By: *[signature]*
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

CHARLES DUNN,
A/K/A SILK

Criminal Action No.
1:23-CR-0229

### Government's Motion for Detention

The United States of America, by counsel, Ryan K. Buchanan, United States Attorney, John T. DeGenova Assistant United States Attorney, and Rebeca M. Ojeda Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1.  **Eligibility of Case**

This case is eligible for a detention order because this case involves:

    A drug offense having a maximum term of imprisonment of 10 years or more;

    A serious risk that the defendant will flee.

2.  **Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

## 3. Rebuttable Presumption

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).  The presumption applies because there is probable cause to believe that the defendant committed:

A drug offense having a maximum term of imprisonment of 10+ year drug offense.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

*[Continued on next page]*

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: July 11, 2023.

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

Respectfully submitted,

RYAN K. BUCHANAN
United States Attorney

JOHN T. DEGENOVA
Assistant U.S. Attorney
Ga. Bar No. 940689

REBECA M. OJEDA
Assistant U.S. Attorney
Ga. Bar No. 713997

3

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Counsel For Defendant

July 11, 2023

/s/JOHN T. DEGENOVA
JOHN T. DEGENOVA
Assistant U.S. Attorney

/s/ REBECA M. OJEDA
REBECA M. OJEDA
Assistant U.S. Attorney