

Jay Hughes

Decatur, Ga

678-
July 13m 2023

Honorable Judge Bly
U.S. Magistrate Judge
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, Ga 30303-3309

Re: Character Reference for Charles A. Dunn

Dear Honorable Bly,

I am writing this letter to provide a character reference for Charles Dunn, who is scheduled for a bond hearing on July 17, 2023. I have known Charles for 10 years and can confidently attest to his good character, strong moral values, and overall positive contribution to society.

I have had the privilege of witnessing firsthand the growth and transformation that Charles has undergone over the years. He has consistently displayed integrity, honesty, and a genuine desire to make amends for his past mistakes. I firmly believe that Charles is committed to turning his life around, and I am confident in his ability to become a productive member of society.

Throughout my interactions with Charles, I have found him to be reliable, respectful, and accountable for his actions. He has demonstrated a willingness to learn from past experiences, taking responsibility for his mistakes, and actively seeking ways to improve themselves. Charles has shown a strong commitment to personal growth and rehabilitation, as evidenced by his participation in counseling programs, educational courses, and community service.

Moreover, Charles has consistently shown a deep concern for the well-being of others. He has actively engaged in volunteer work, dedicating their time and effort to organizations that support individuals who have faced similar challenges. This selfless attitude towards helping others speaks volumes about Charles' character and his ability to positively contribute to society.

I firmly believe that granting Charles Dunn a bond will allow him to continue their journey towards rehabilitation and provide an opportunity for him to reintegrate into society. I have no doubt that Charles will comply with any conditions set forth by the court and will make every effort to prove their commitment to positive change. I am committed to supporting Charles upon his release and will provide opportunity for him to share his lived experience with the hope that other's will glean insight from his experiences.

I kindly request that you consider this character reference as part of the bond hearing proceedings for Charles Dunn. Please feel free to contact me if you require any further information or clarification regarding my relationship with Charles Dunn.

Thank you for your time and consideration.

Sincerely,

Jay Hughes
Committed Consulting LLC
CPS-AD/CPS-MH

Dear Judge Bly,

I hope this letter finds you in good health and high spirits. I am writing to provide a heartfelt testimonial as a character witness for Mr. Charles Dunn, whom I have had the privilege of knowing since the beginning of this year.

Our paths crossed at PowerMoves, LLC, a consulting firm dedicated to helping independent music artists thrive. From the moment Charles stepped into our office, his vibrant personality and profound wisdom left an indelible impact on everyone he encountered.

After I faced the setback of being laid off a few months ago, Charles wasted no time in using his entrepreneurial spirit to give me an opportunity to help him. Recognizing my digital marketing expertise, he approached me with a compelling vision—to leverage his talents in public speaking and build a flourishing career in that domain.

In the months that followed, we embarked on an exciting journey together, creating motivational and informative social media content. Our collaborative efforts also extend to developing a captivating website that encapsulates Charles' life story, promotes his books, and facilitates bookings for his inspiring public speaking engagements.

Granting Charles bond would allow us to sustain the momentum of our endeavors in building his personal brand. His gift for delivering messages that ignite positive transformation in others is remarkable. As a member of our team, I can attest to the profound impact Charles has had on our own personal and professional growth.

During numerous conversations with Charles, I have witnessed his unwavering passion to disseminate his empowering message to the world. I firmly believe that by granting him this opportunity, society as a whole will benefit from the transformative power of his words.

Thank you for considering my testimony on behalf of Mr. Charles Dunn. Should you require any further information or would like to discuss this matter in more detail, please do not hesitate to reach out to me.


Sincerely,

Larry L. Miller, MBA



**Saraliene Smith Durrett, LLC <ssd@defendingatl.com>**

## Fwd: Charles Dunn
1 message

Sat, Jul 15, 2023 at 8:00 PM

Begin forwarded message:



**Subject: Charles Dunn**

To whom it may concern regarding Charles Dunn, I've known Charles all of his life and watched him develop into the man I really know him to be (just read his book From Sand Paper to Silk a true testimony). He has some very great qualities about him that separate him from the average person. He's very intelligent and a family focus individual. I will do my part to assist him in every way on my end to make sure he never crosses the path he faces now.

I've been in business in the Ohio auto industry at White Allen European for a very long time and rank in the Top of Ohio Car Sales Consultant. I'm also involve with a group of men in Dayton Ohio that work with at risk youth and gang violence. We mentor and connect them with different programs and leaders that fit their issue. I can assist my cousin Charles Dunn in this same line of work regardless of his history and know that he would have the same title on the leader board to become a role model to others and ex-offenders.

Please consider releasing my cousin Charles Dunn and allow his family and friends to adjust his business-minded energy to the real talent he has as a great man. My cousin loves the Lord and will be led by God in all his decisions if given the chance. It will truly be another waste of time again for him to be incarcerated and bring no value the rest of the World with his blessings.

Thanks for being understanding to my request and taking it in consideration in your judgement.

Stan McKnight
White Allen European
Sales Consultant

Dez Thornton

████████████████████████

July 14, 2023

Subject: Character Reference for Charles Dunn

To whom it may concern,

I am writing this letter to provide a character reference for Charles Dunn. I have had the privilege of knowing Charles for 12 years, and throughout our acquaintance, he has consistently demonstrated exceptional qualities and inspired countless individuals, including myself.

I have had the opportunity to witness Charles's unwavering commitment to his personal growth. His dedication to self-improvement is truly inspiring. He continuously strives to expand his knowledge, enhance his skills, and overcome challenges that come his way. This level of dedication has not only helped him achieve his goals but also serves as a source of motivation for others.

One of the most remarkable aspects of Charles' character is his innate ability to uplift and encourage those around him. He possesses a profound sense of empathy and compassion, always taking the time to listen and understand others' perspectives. Charles has a unique talent for identifying the strengths and potential in others, and his words of encouragement and support have had a transformative impact on numerous individuals, including myself.

Furthermore, I must commend Charles' commitment to giving back to the community. He actively engages in various philanthropic endeavors and consistently contributes his time, resources, and expertise to make a positive difference in the lives of others. His altruistic nature serves as an inspiration to all those who are fortunate enough to know them.

In conclusion, Charles Dunn's exceptional character, unwavering determination, and ability to inspire others make them a truly remarkable individual worthy of any leniency that he can be afforded.  Thank you for considering my recommendation.

Sincerely,

Dez Thornton
President
Metaphorically Speaking

Shawna Reed

████████████████

Date: July 14 2023

Your Honor,

I am writing this letter on behalf of Charles Dunn, who I have been working closely with over the past six months. Mr. Dunn is an author and exceptional motivational speaker whose hard work and dedication is like none other. We have been working diligently on his next book and social development campaign.

I can confirm that in the time that I have known Mr. Dunn, he has been reliable, trustworthy, and a man of good moral character.  He is a true gentleman and always true to his words.

It is my sincere hope that the court takes this letter into consideration and allows Charles Dunn to return home. Thank you for accepting and taking time to read my letter.

Sincerely,

Shawna Reed

**Subject: Charles Dunn**

To who it may concern. My name is Dwight Sistrunk and I am Charles' older brother. My brother has always looked up to me. Charles is a very giving and caring person, sometimes to a fault. He has been known to help people in the community and those who are less fortunate including mentoring at risk youth and adults. Charles is very intelligent and successfully opened several businesses. Charles loves the Lord and is a very spiritual person.

If allowed to be released on bond, I am prepared to give him the mental, physical, emotional, and financial support needed. It is my wish that you show compassion and allow him to be released on bond. Thank you for your consideration.

Sincerely,
Dwight Sistrunk Sr

Case 1:23-cr-00229-JPB-RDG Document 76-3 Filed 07/16/23 Page 7 of 11

 Gmail

Saraliene Smith Durrett, LLC <ssd@defendingatl.com>

## Fwd: Letter to the Court on Behalf of Charles Dunn



Fri, Jul 14, 2023 at 3:18 PM

**Subject: Letter to the Court on Behalf of Charles Dunn**

Charles is my oldest brother, so I have known him my entire life. I have always looked up to and admired him. Being an avid, lifelong learner has made him a great mentor and teacher. I fondly think of him as a human library. As long as I can remember, he has had a passion for helping and serving others with a deep-rooted spiritual connection to God. Also, something that I have always admired about him.

As a Master-prepared Registered Nurse currently working toward completion of my doctorate degree, both my passion and career have been focused on serving underserved communities and addressing SDoH (Social Drivers of Health) gaps to help provide a more equitable healthcare landscape. Not only has this work emphasized the need to see individuals from a holistic lens; it has revealed how critically important it is that everyone has access to the tools and resources needed to not only live but to thrive. Upon my brother's release, I will provide holistic support, including mental, emotional, and spiritual support. Additionally, I will leverage my contacts to help get him plugged into available community resources that can provide him with additional support.

Kind regards,

--
Charlice Dunn, MSN, RN
Empower. Encourage. Inspire.



**Subject: Charles Bond Hearing**

My Name is Joseph Grin,

I'm the personal barber and occasional counselor to Charles. We have had a close relationship for almost 15 years now. He's shared with me his achievements and struggles,  his triumphs and failures.  In no way is he perfect,  in fact he's perfectly flawed. I believe this is his strength and what makes him such an a great man. He has a good support system in place to help guide him in this journey of life.

Thanks so much for your time and consideration.

My name is Mareo Clarke and I am writing a character reference for Mr. Charles Dunn. I have known Mr. Charles Dunn since 2014. I would like to express my support for him.

I met Mr. Dunn when I was in a low place in my life. I had been shot, abused, and homeless.  I had contemplated suicide.  I discussed this with Mr. Dunn. He encouraged me to become a better person. I could not read at this time. He told me that he would work with me and teach me how to read.  He purchased inspirational books for me. He was not only a positive person, but he also brought light to my life.

I will support Mr. Dunn by encouraging him to build a better future for himself.  I will discuss daily goals with him to ensure that he has something to look forward to. This will also give him a reason to celebrate and provide an opportunity for him to feel successful in accomplishing his goals.

Sincerely,

Mareo Clarke

7/16/23, 7:49 PM
Case 1:23-cr-00229-JPB-RDC Document 76-3 Filed 07/16/23 Page 10 of 11
Fwd: Charles Dunn - ssd@defendingatl.com - Caraline Smith Dunn Mail



**Subject: Charles Dunn**

Good Morning,
My name is Melissa Obie and I have known Charles for 10 years since I became a part of this family.  I live and work in Des Moines, Iowa.  I have worked fulled time for Lumen technologies for 25 years and part time for Target for the past 15 years. We have made several trips to spend time with Charles in Atlanta.  Charles has always treated me with respect, love and kindness.  He is a very important part of our lives.  He is always speaking words of wisdom and encouragement to his brother and I.  Charles is always there for people and if granted bond we will be there for him as well.  We are prepared to support Charles in every way possible.  Thank you for your consideration.

Sincerely,
Melissa Obie



To whom it may concern, my name is Timothy Woods. I've been a friend of Charles Dunn since 2001 and he's had an amazing impact on my life since day one. He's one of the most stand up and honest people I know. He even had a great impact on my marriage when my wife and I separated for six months. I know for a fact that God plays a huge part of Charles' life and he has constantly reassured me that no obstacle is too much for God to pull us through. I'm truly honored to be able to call him a friend, mentor and an amazing child of God. I plan to be apart of Charles' life for as long as he allows me to be so that I can encourage and inspire him the way that he's encouraged and inspired me.

Respectfully,
Timothy Woods