AO 442 (12/85) Warrant for Arrest

F.d: 2976153

USMS: 62968-061

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

**CHARLES DUNN aka SILK**

**AGENT TO ARREST**

**WARRANT FOR ARREST**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 10 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

CASE NO. 1:23-CR-229 JPB

~~UNDER SEAL~~

To:   The United States Marshal
      and any Authorized United States Officer

   **YOU ARE HEREBY COMMANDED** to arrest **CHARLES DUNN aka SILK** and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment      ☐ Information      ☐ Complaint      ☐ Order of Court      ☐ Violation Notice      ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Possess w/ Intent to Distribute Controlled Substance; Conspiracy to Commit Hobbs Act Robbery

in violation of **Title 21, United States Code, Section(s) 846 & 18 U.S.C. § 1951**

KEVIN P. WEIMER
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

June 28, 2023  at  Atlanta, Georgia
Date and Location

Bail Fixed at  $_____

By:_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:  06-28-2023

SA Bruce Hernandez
Name and Title of Arresting Officer

Date of Arrest:  07-11-2023

Signature of Arresting Officer

4044644379        USMS                                    USMS                14:12:51    2023-07-11              1/5

AO 442 (12.85) Warrant for Arrest

F.d. 2976153

USMS: 62968-061

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

vs.

## WARRANT FOR ARREST

**CHARLES DUNN aka SILK**

**AGENT TO ARREST**

CASE NO. 1:23-CR-229
**UNDER SEAL**

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **CHARLES DUNN aka SILK** and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Possess w/ Intent to Distribute Controlled Substance; Conspiracy to Commit Hobbs Act Robbery

in violation of **Title 21, United States Code, Section(s) 846 & 18 U.S.C. § 1951**

KEVIN P. WEIMER
Name of Issuing Officer

_Signature of Issuing Officer_

Clerk, U.S. District Court
Title of Issuing Officer

June 28, 2023  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

100 Shadybrook Walk, Fayetteville, GA  30214

Date Received:   7/11/2023

SA Russell Lashes
Name and Title of Arresting Officer

Date of Arrest:   7/11/2023

Signature of Arresting Officer