IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

    *v.*

CHARLES DUNN A/K/A SILK, ET AL.

Criminal Action No.
1:23-CR-00229-JPB-RDC

**Order**

Having read and considered the United States of America's Motion for Order Allowing the Government to Maintain Custody of Seized Property, and for good cause shown,

It is hereby ordered that the United States may maintain custody of the seized Smith and Wesson M&P 45 M2.0 Semi-Automatic 45 caliber pistol, bearing serial number NLK6213 with magazine and ammunition, pending conclusion of this criminal case, including any criminal ancillary proceedings in which any third party with an interest in the property might file a claim contesting the forfeiture.

It is further ordered that in applying for and obtaining this Order, the government has satisfied the custody-preservation requirements of 18 U.S.C. § 983(a)(1)(A)(iii)(II).

SO ORDERED, this 29th day of November, 2023.

_____
REGINA D. CANNON
UNITED STATES MAGISTRATE  JUDGE


Presented by:

Radka T. Nations, Assistant United States Attorney

2