IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Indictment |
| CHARLES DUNN, A/K/A SILK, ET AL. | No. 1:23-cr-00229-JPB-RDC |

### BILL OF PARTICULARS

The United States of America, by Ryan K. Buchanan, United States Attorney, and Norman L. Barnett, Assistant United States Attorney for the Northern District of Georgia, hereby files this Bill of Particulars to add the following property to the forfeiture provision of the above-captioned Indictment:

A. $546,693.39 seized from the Wells Fargo account ending 1354 on or about November 13, 2023.

Respectfully submitted,
Ryan K. Buchanan
    *United States Attorney*

/s/ Norman L. Barnett
Norman L. Barnett
    *Assistant United States Attorney*
Georgia Bar No. 153292
Norman.barnett@usdoj.gov

600 U.S. Courthouse   75 Ted Turner Drive SW   Atlanta, GA 30303
(404) 581-6000   *fax* (404) 581-6181

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

December 8, 2023

/s/ NORMAN L. BARNETT

Norman L. Barnett

Assistant United States Attorney