# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cr-00229-JPB-RDC
## USA v. Gudino-Amezcua et al
## Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 03/06/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:35 A.M.     TAPE NUMBER: Teams
TIME IN COURT: 0:35     DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Charles Dunn Present at proceedings<br>[13]Ernest Mordeau Deas Present at proceedings<br>[19]Leticia Evans Dunn Present at proceedings |
| ATTORNEY(S) PRESENT: | Lynsey Barron representing Leticia Evans Dunn<br>Steven Berne representing Ernest Mordeau Deas<br>John DeGenova representing USA<br>Saraliene Durrett representing Charles Dunn<br>Rebeca Ojeda representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[531]Motion for James Hearing DEFERRED<br>DFT#1-[533]Motion to Suppress TAKEN UNDER ADVISEMENT<br>DFT#13-[454]Motion for Disclosure of Confidential Informants TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Pretrial Conference held. The Motion for Disclosure of Confidential Informants, (Doc. 454), is TAKEN UNDER ADVISEMENT. The Motion for James Hearing, (Doc. 531), is DEFERRED to the District Judge. The Motion to Suppress, (Doc. 533), is TAKEN UNDER ADVISEMENT. |
| HEARING STATUS: | Hearing Concluded |