# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cr-00229-JPB-RDC
### USA v. Gudino-Amezcua et al
### Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 05/08/2025.

TIME COURT COMMENCED: 10:11 A.M.  
TIME COURT CONCLUDED: 12:26 P.M.  
TIME IN COURT: 2:15  
OFFICE LOCATION: Atlanta  

COURT REPORTER: Denise Stewart  
TAPE NUMBER: FTR  
DEPUTY CLERK: Phyllis Brannon  

| | |
|---|---|
| DEFENDANT(S): | [1]Charles Dunn Present at proceedings |
| ATTORNEY(S) PRESENT: | John DeGenova representing USA<br>Saraliene Durrett representing Charles Dunn<br>Rebeca Ojeda representing USA |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MOTIONS RULED ON: | DFT#1-[558]Motion for Leave to File GRANTED |
| MINUTE TEXT: | Evidentiary Hearing held. TFO Dyar, sworn and testified. Government's exhibits 1, 2, 3, 4, 5, admitted. Officer David Noe, sworn and testified. Government's exhibit 6, admitted. Sgt. Marlyn Williams, sworn and testified. Special Agent Bruce Hernandez, sworn and testified. Defendant's Motion for Leave, (Doc. 558), is GRANTED. Defendant shall have until July 8, 2025 to file any additional motions. A telephonic pretrial conference is scheduled for July 10, 2025 at 10:30 a.m. The record is closed. The Court set the following briefing schedule: Transcript - June 9, 2025; Defendant's Brief - July 9, 2025; Government's Response - August 8, 2025; Defendant's Reply - August 22, 2025. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |
| ADDL HEARING(S) SCHEDULED: | Pretrial Conference set for July 10, 2025 at 10:30 AM in Courtroom No Courtroom; |