

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

| | |
|---|---|
| *Richard Russell Federal Building* | *Telephone: (404) 581-6000* |
| *75 Ted Turner Drive S.W.* | *Fax: (404) 581-6181* |
| *Suite 600* | |
| *Atlanta, Georgia 30303* | |

June 11, 2025

Kevin P. Weimer
Clerk of the Court
2212 U.S. Courthouse
75 Ted Turner Dr S.W.
Atlanta, GA 30303

      Re: US v. Dunn, et al      1:23-CR-229-JPB-RDC

      Substitution of Counsel

Dear Mr. Weimer:

      Please note that the above-styled case has been transferred from AUSA Rebeca Ojeda to AUSA Dwayne A. Brown Jr., telephone number 404-581-6083. I respectfully request papers and pleadings in these matters be served upon me as counsel of record for the United States from this date forward.

      Sincerely,

      THEODORE S. HERTZBERG
      *United States Attorney*


      DWAYNE A. BROWN JR.
      *Assistant United States Attorney*
      dwayne.brown@usdoj.gov

cc:   Defense Counsel
      Courtroom Deputy
      Criminal Docketing