# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cr-00229-JPB-RDC
### USA v. Gudino-Amezcua et al
### Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 08/21/2025.

TIME COURT COMMENCED: 11:20 A.M.
TIME COURT CONCLUDED: 11:55 A.M.           TAPE NUMBER: Teams
TIME IN COURT: 00:35                       DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Charles Dunn NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Dwayne Brown representing USA<br>John DeGenova representing USA<br>Saraliene Durrett representing Charles Dunn |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[527]Motion to Suppress Evidence WITHDRAWN<br>DFT#1-[533]Motion to Suppress WITHDRAWN<br>DFT#1-[721]Motion to Withdraw Document GRANTED |
| MINUTE TEXT: | Pretrial Conference held. The Court amended the briefing schedule re: Defendant's Motion to Suppress Statements, (Doc. 524), as follows: Defendant's post-hearing brief - October 6, 2025; Government's response - November 21, 2025; Defendant's reply - December 5, 2025. The Motion to Withdraw, (Doc. 721), is GRANTED. The Government's response to Defendant's motions to suppress, (Docs. 718, 719, 723, 724), shall be due no later than October 31, 2025. Defendant's reply shall be due no later than December 22, 2025. |
| HEARING STATUS: | Hearing Concluded |