IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES DUNN | Criminal Action No.<br><br>1:23-CR-00229-JPB-RDC |

### Government's Motion to Extend Deadline to Respond to Doc. Nos. 718, 719, 723, and 724

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Dwayne A. Brown Jr. and John T. DeGenova, Assistant United States Attorneys for the Northern District of Georgia, files this Motion to Extend the Deadline to Respond to the Defendant's suppression motions filed under Doc. Nos. 718, 719, 723, and 724.  The Government respectfully requests this Court extend its deadline to respond to said motions from October 31, 2025 to November 21, 2025.

Defendant Charles Dunn filed several motions seeking to suppress evidence the Government intends to use at trial.  Due to trial schedules and upcoming medical leave by Government counsel (October 24 to October 31), the Government requests a three-week extension from the current deadline to respond to Doc. Nos. 718 (*Defendant's Perfected Motion to Suppress Evidence from the May 4, 2024 Search of Mr. Dunn's residence*); 719 (*Defendant's Perfected Motion to*

*Suppress Wire and Electronic Communications Evidence*); 723 (*Defendant's Motion to Suppress Evidence Seized from 535 Milam Avenue*); and 724 (*Defendant's Motion to Suppress Evidence Seized from Shady Brook Residence*). Defendant's reply is due no later than December 22, 2025. We have communicated with Saraliene Durrett, counsel for the Defendant, and she does not oppose the Government's motion for extension.

WHEREFORE, the Government respectfully requests that the Court GRANT this motion to extend the Government's deadline to respond to Doc. Nos. 718, 719, 723, and 724 until November 21, 2025.

Respectfully submitted this 14th day of October 2025.

>Respectfully submitted,
>
>THEODORE S. HERTZBERG
>*United States Attorney*
>
>/s/DWAYNE A. BROWN JR.
>    *Assistant United States Attorney*
>Georgia Bar No. 509554
>Dwayne.brown@usdoj.gov
>
>/s/JOHN T. DEGENOVA
>    *Assistant United States Attorney*
>Georgia Bar No. 940689
>John.degenova@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000  *fax* (404) 581-6181

Case 1:23-cr-00229-JPB-RDC   Document 780   Filed 10/14/25   Page 4 of 4